**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ricky Kinward MANNING,
Defendant–Appellant.**

No. 12–11912

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 30, 2012.

Kathleen Mary Salyer, Anne Ruth Schultz, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, John C. McMillan, Assistant U.S. Attorney, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Robin Cindy Rosen–Evans, Federal Public Defender's Office, West Palm Beach, FL, for Defendant–Appellant.

Ricky Kinward Manning, Coleman, FL, pro se.

Before CARNES, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Robin Cindy Rosen–Evans, appointed counsel for Ricky Kinward Manning in this 18 U.S.C. § 3582(c)(2) appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.**